[Nos. 12058-9-III; 13461-0-III.   Division Three.   December 21, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DOUGLAS EDWARD BEHRENS, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, No. 90-1-01459-3, Richard J. Schroeder, J., entered November 22, 1991, and August 19, 1993. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Munson, J., and Small, J. Pro Tem.

[No. 12174-7-III.   Division Three.   December 21, 1993.]

RAUN JENSEN, *Appellant*, v. SKONE & CONNORS PRODUCE, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 89-2-00030-3, Wallis W. Friel, J., entered December 31, 1991. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sperline, J. Pro Tem.

[No. 28250-6-I.   Division One.   December 27, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CONSTANCE M. MAWYER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-00034-1, Gerald L. Knight, J., entered March 20, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Pekelis, A.C.J., and Grosse, J.